# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WESLEY MCCOY** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **COMMONWEALTH OF PENNSYLVANIA,** et al. | : | **NO. 15-6041** |
| | : | |

## ORDER

AND NOW, this 16th day of November, 2015, upon consideration of plaintiff's motion to proceed *in forma pauperis* and *pro se* complaint, it is ORDERED that:

1. The motion for leave to proceed *in forma pauperis* is GRANTED

2. The complaint is DISMISSED for the reasons stated in the Court's Memorandum.

3. The Clerk of Court shall CLOSE this case.

            BY THE COURT:


            /s/ Legrome D. Davis
            **LEGROME D. DAVIS, J.**